1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
H.S.R. BY AND THROUGH HER        )    NO. CV 12-1880-E
GUARDIAN AD LITEM MAGDALENE JOHN, )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    JUDGMENT
                                 )
MICHAEL J. ASTRUE, COMMISSIONER  )
OF SOCIAL SECURITY,              )
                                 )
          Defendant.             )
_____)
```

   Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.


        DATED: November 29, 2012.



                                  _____/S/_____
                                          CHARLES F. EICK
                                  UNITED STATES MAGISTRATE JUDGE