**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.S.R. BY AND THROUGH HER GUARDIAN AD LITEM MAGDALENE JOHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | NO. CV 12-1880-E<br><br><br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.

　　　　DATED: November 29, 2012.


　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE